PER CURIAM.

Affirmed on authority of United States ex rel. Stapf v. Corsi, 287 U. S. 129, 53 S. Ct. 40, 77 L. Ed. 215.

UNITED STATES of America ex rel. NG PO FOON, Relator-Appellant, v. Edward COR-SI, Commissioner of Immigration at the Port of New York, Respondent-Appellee.

No. 297.

Circuit Court of Appeals, Second Circuit.

Jan. 22, 1934.

James C. Thomas, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City (Bronson Goddard, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

UNITED STATES of America ex rel. Antonio SERVELLO, in Behalf of Vincenzo Servello, Relator-Appellant, v. Edward CORSI, Commissioner of Immigration at the Port of New York, Respondent-Appellee.

No. 303.

Circuit Court of Appeals, Second Circuit.

Jan. 22, 1934.

Gaspare M. Cusumano, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City (Bronson Goddard, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

UNITED STATES of America ex rel. Antonino SOLLANO, Appellant, v. William N. DOAK, Secretary of Labor, W. W. Hull, Commissioner of Immigration, United States Immigration Authorities and the Warden of the County Prison at Troy, New York, Appellees.

No. 39.

Circuit Court of Appeals, Second Circuit.

Nov. 6, 1933.

William Rosenzweig, of New York City (Warren I. Lee, of New York City, of counsel), for appellant.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y., for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order (5 F. Supp. 561) affirmed.

VANCOUVER LUMBER COMPANY, Ltd., Libelant-Appellee, v. HOME INSURANCE COMPANY, Respondent-Appellant.

No. 219.

Circuit Court of Appeals, Second Circuit.

Feb. 5, 1934.

Bigham, Englar, Jones & Houston, of New York City (Martin Detels, of New York City, of counsel), for appellant.